## Exhibit A
## Statement of Claim
## Plaintiff Sujittar Singh

**Unpaid Overtime Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | Hourly Rate[1] | Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 11/5/21 - 1/31/22 | 12.57 | 74 | $ 935.79 | $ 21.25 | $ 31.88 | $12,545.79 | $12,545.79 |
| | | | | | | $12,545.79 | $12,545.79 |

| | |
|---|---|
| Total Unpaid Overtime Wages[1] = | $12,545.79 |
| Total Liquidated Damages[1] = | $12,545.79 |
| Total[1] = | $25,091.58 |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.